IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID EBRAHIMZADEH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHARESTATES INVESTMENTS, LLC,<br><br>Defendant. | CIVIL ACTION<br>NO. 18-1659 |

## **ORDER**

**AND NOW**, this 20th day of November, 2018, upon consideration of Defendant's uncontested Motion to Dismiss the Complaint for Failure to State a Claim (Doc. No. 3), it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 3) is **GRANTED.** It is further **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.